# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

LATOYA DARKS-BOULARD, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

DELEK US ENERGY, INC.

*Defendant(s)*

Civil Action No. 3:26-cv-1725

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delek US Energy, Inc.
c/o Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Email: gwells@stranchlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 11/2/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Delek US Energy, Inc.
was received by me on *(date)* 11/02/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company, Registered Agent, who is designated by law to accept service of process on behalf of *(name of organization)*
Delek US Energy, Inc. on *(date)* 11/6/2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/2026

[signature]
*Server's signature*

Alan Cohen, Paralegal
*Printed name and title*

223 Rosa L. Parks Ave., Ste. 200
Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number:

**9589071052703779255166**

Copy  Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent. The item was picked up at USPS at 9:11 am on November 6, 2026 in NASHVILLE, TN 37203.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent

**Delivered to Agent, Picked up at USPS**

NASHVILLE, TN 37203
November 6, 2026 9:11 AM

See All Tracking History

What Do USPS Tracking Statuses Mean?