IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Latoya Darks-Boulard, et. al ____________,
Plaintiff(s),

v. Case No. 3:26-cv-1725 ________

Delek US Energy, Inc. ________________,
Defendant(s).

**FED. R. CIV. P. 7.1(a)(2) DISCLOSURE STATEMENT**
**(Diversity Jurisdiction)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a)(2), and in compliance with Local Rule 7.01(b), this disclosure statement is filed by Plaintiff Latoya Darks-Boulard ____________. The filer acknowledges the continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is an individual, who resides in Jefferson County, Texas

2. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ______________________ with a principal place of business in the state of ______________________.

3. This party or intervenor is a privately held corporation, incorporated in the state of ____________________ with a principal place of business in the state of __________________. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

____________________________________________________________________________

____________________________________________________________________________.

4. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES X NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

____________________________________________________________________________

____________________________________________________________________________.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES X___ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

______________________________________________________________________________
______________________________________________________________________________.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES X___ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

______________________________________________________________________________
______________________________________________________________________________.

7. Is this party or intervenor a limited liability company or limited liability partnership?

____ YES X___ NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____ YES, this party or intervenor is a ______________________________. X___ NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?

____ YES X___ NO

If the answer is YES, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is not an individual person, the required information identifying ownership interests and state of citizenship of each sub-trustee must be provided as well.

**Any additional pertinent information must also be provided on attached page(s).**

Date: 11/09/2026

Signature: /s/ Grayson Wells

Printed Name: Grayson Wells

Title: Counsel for Plaintiff Latoya Darks-Boulard

**CERTIFICATE OF SERVICE**

**[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]**

I hereby certify that the foregoing Business Entity Fed. Rule 7.1 Disclosure was served on November 9, 2026, via USPS First Class Mail on the following:

Delek US. Energy, Inc.
Registered Agent:
CORPORATION SERVICE COMPANY
2908 Poston Ave.
Nashville, TN 37203

11/09/2026 /s/ Grayson Wells