**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LATOYA R. DARKS-BOULARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:26-cv-01725** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **DELEK US ENERGY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Pursuant to Administrative Order No. 176, this action is transferred to U.S. District Judge Waverly Crenshaw with his consent, as a "Related Case" to Civil Action No. 3:26-cv-01705

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE